STATE OF NEW JERSEY v. WILFORD GANTT.

February 26, 1985.

Petition for certification granted.   (See 195 *N.J.Super.* 114).

STATE OF NEW JERSEY v. DERRICK GILBERT.

February 26, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLTON FORD.

February 26, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY CARTER.

February 26, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MITCHNER.

February 26, 1985.

Petition for certification denied.